UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MATTHEW O'NEAL, PETROTECH SOLUTIONS, LLC**<br><br>       *Plaintiff/Counterclaim Defendants*,<br><br>       v.<br><br>**BAKER HUGHES OILFIELD OPERATIONS, LLC AND BAKER PETROLITE, LLC,**<br><br>       *Defendants/Counterclaim Plaintiffs*. | **CASE NO.: 5:19-CV-01350**<br><br>**CHIEF JUDGE S. MAURICE HICKS**<br><br>**MAGISTRATE JUDGE HAYES** |

## COUNTERCLAIM PLAINTIFFS' MOTION TO STAY AND COMPEL ARBITRATION

Pursuant to 9 U.S.C. § 3, Defendants/Counterclaim Plaintiffs Baker Hughes Oilfield Operations LLC and Baker Petrolite LLC respectfully move this Court to stay evaluation of the merits of Plaintiff Matthew O'Neal's claims in his Petition for Declaratory Judgment and Counterclaim Plaintiffs' counterclaims and compel O'Neal to arbitrate the claims pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* ("FAA") and his Employee Agreement with Baker Hughes Oilfield Operations LLC (the "Employee Agreement"). As Counterclaim Plaintiffs will be pursuing adjudication on the ultimate merits of their counterclaims against O'Neal and PetroTech Solutions, LLC through arbitration, Counterclaim Plainitffs move that this court stay any adjudication on their claims as well as Mr. O'Neal's indefinitely except as necessary to issue additional injunctive relief and enforce the decisions of the arbitrator. As detailed more fully in the accompanying Memorandum in Support, arbitration is the sole and exclusive remedy for the claims asserted by O'Neal.

{N4018418.1}

Respectfully submitted on May 22, 2020.

*/s/ Joseph F. Lavigne*
JOSEPH F. LAVIGNE  (LA #28119)
JACOB J. PRITT (LA #38872)
***Jones Walker, LLP***
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 582-8015
Email:  jlavigne@joneswalker.com
Email:  jpritt@joneswalker.com
***COUNSEL FOR DEFENDANTS BAKER HUGHES OILFIELD OPERATIONS, LLC AND BAKER PETROLITE, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Joseph F. Lavigne*

{N4018418.1}